UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:13-cr-81-FtM-38DNF

JEFFREY WILLIAM CHATHAM

**<u>PRELIMINARY ORDER OF FORFEITURE</u>**

Before the court is the United States' motion for a preliminary order of forfeiture for the following assets:

    a.    $460 in United States Currency;

    b.    an HP Deskjet Printer, Model 3512, serial number CN3381PMF4;

    c.    a Lexmark Deskjet Printer, Model 4428-001, serial number 08243613543; and

    d.    an Asus Tablet, Model ME301T, serial number CC0KCT090630.

Being fully advised in the premises, the Court finds that the United States has established the requisite nexus between the offense of conviction charged in Count One of the Indictment, in violation of 18 U.S.C. § 472, and the property sought for forfeiture. Thus, the United States is entitled to possession of the assets pursuant to Rule 32.2(b)(2), Federal Rules of Criminal Procedure. Accordingly, it is hereby ORDERED that:

    1.    The motion of the United States is GRANTED.

2. The property described above is FORFEITED to the United States of America for disposition according to law, pursuant to 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(2), subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

3. The Court retains jurisdiction any order necessary for the forfeiture and disposition of the assets, and to address any third party interests that may be asserted.

**ORDERED** in Fort Myers, Florida on October ___23___, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties